LOUIS SCHNEIDER, Respondent, *v.* CARL L. QUOSBARTH, Appellant.

(Argued October 5, 1887; decided October 18, 1887.)

*Eugene K. Sackett* for appellant.

*A. Blumensteil* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.